UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WANDA BASNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 2:09-CV-00014-BR |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| MELVIN ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 4:09-CV-00051-BR |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| DONALD CIVILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 4:09-CV-00054-BR |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| SHELIA HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 4:09-CV-00055-BR |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant | ) | |

| | |
|---|---|
| TONYA GORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 7:09-CV-00046-BR |
| DOLGENCORP, INC., ) | |
| ) | |
| Defendant ) | |

ORDER

This matter is before the court on the 23 August 2011 Memorandum and Recommendation ("M&R") of Magistrate Judge James E. Gates on the parties' joint motion to approve settlements in the above-captioned cases. Judge Gates set the deadline for filing of any objections to the M&R as 29 August 2011, and no party has filed objections. The court adopts the M&R as its own, and for the reasons stated therein, the motion is ALLOWED and the settlements are hereby APPROVED.

This 30 August 2011.

_____
W. Earl Britt
Senior U.S. District Judge